

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00912-CR

William Henry **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRN199 D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Cynthia M. Perez Lenz, the court reporter responsible for filing the record in this appeal, has filed a notification of late reporter's record, requesting an extension to April 11, 2014. We GRANT the request and ORDER the reporter's record to be filed by April 11, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court